UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 25-20418-CIV-MARTINEZ-SANCHEZ**

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,
v.

RESTAURANTE RICO PAN, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 33]. It is hereby:

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**. The Clerk shall close the case, and any pending motions are denied as moot.

DONE AND ORDERED in Miami, Florida, this 18th day of November, 2025.

_____
CECILIA M. ALTONAGA
for JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record